

# Fourth Court of Appeals
## San Antonio, Texas

September 23, 2014

No. 04-13-00787-CV

Leticia R. **ALVAREZ**,
Appellant

v.

Reymundo **ALVAREZ**,
Appellee

From the County Court at Law, Starr County, Texas
Trial Court No. CC-12-340
Honorable Romero Molina, Judge Presiding

# O R D E R

Sitting:  Karen Angelini, Justice
     Sandee Bryan Marion, Justice
     Marialyn Barnard, Justice


   Appellant's brief was filed on July 23, 2014. Appellee's brief was due on August 22, 2014. On August 28, 2014, the clerk of the court sent a letter to appellee's counsel of record informing him that appellee's brief had not been filed. The letter directed appellee's counsel to file a response to our letter stating a reasonable explanation for failing to timely file appellee's brief. The letter stated that if counsel intended for the response to act as a motion for extension of time, it must comply with Rule 10.5 of the Texas Rules of Appellate Procedure and this court's local rules.

   On September 16, 2014, appellee's counsel filed a motion to withdraw. In the motion, he states that although he was hired to represent appellee at trial, he was not hired to represent appellee on appeal.

   Rule 6 of the Texas Rules of Appellate Procedure governs the representation by counsel on appeal. Rule 6.4 addresses nonrepresentation notices. Rule 6.5 addresses motions to withdraw. Rule 6.5(a) of the Texas Rules of Appellate Procedure provides that a "motion for leave to withdraw" filed in an appeal "must contain" the following:

(1) a list of current deadlines and setting in the case;
(2) the party's name and last known address and telephone number;
(3) a statement that a copy of the motion was delivered to the party; and
(4) a statement that the party was notified in writing of the right to object to the motion.

TEX. R. APP. P. 6.5(a). The motion to withdraw filed by appellee's counsel fails to contain the information required by Rule 6.5(a). Accordingly, the motion to withdraw is DENIED.

If we do not receive an appropriate response from appellee's counsel **within ten days**, this appeal will be set "at issue," and this appeal will be set for submission without an appellee's brief.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of September, 2014.

_____
Keith E. Hottle
Clerk of Court